**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN**

**UNITED STATES OF AMERICA,**
     *Plaintiff,*

                                                    No. 1:06-CR-48-R-06

**Vs.**

                                                    <u>JUDGE RUSSELL</u>

**TYRONE N. TACKETT,**
     *Defendant.*

_____/

<u>**ENTRY OF APPEARANCE**</u>
**[Filed Electronically]**

**TO:**  Jeffrey A. Apperson, Clerk
         United States District Court
         Western District of Kentucky
         241 East Main Street Room 120
         Bowling Green, Kentucky 42101-2175

         David R. Weiser, Esquire
         Assistant United States Attorney
         Western District of Kentucky
         510 West Broadway Suite 1000
         Louisville, Kentucky 40202-2226

         R. Kent Westberry, Esquire
         Caroline Pitt Clark, Esquire
         Landrum & Shouse, LLP
         220 West Main Street Suite 1900
         Louisville, Kentucky 40202-1395

         Patrick J. Renn, Esquire
         600 West Main Street Suite 100
         Louisville, Kentucky 40202-2949

         Douglas C. Greene, Esquire
         2000 East Lamar Boulevard Suite 600
         Arlington, Texas 76006

         Scott C. Cox, Esquire
         Cox & Mazzoli, PLLC
         600 West Main Street Suite 300
         Louisville, Kentucky 40202-4912

W. Currie Milliken, Esquire
Milliken Law Firm
P.O. Box 1640
Bowling Green, Kentucky 42101-1640

**PLEASE ENTER** and note my appearance as retained counsel for

defendant Tyrone N. Tackett.

/s Samuel Manly
Samuel Manly
LAW OFFICES OF SAMUEL MANLY
239 South 5th Street Suite 1606
Kentucky Home Life Building
Louisville, Kentucky 40202-3208
Telephone (502) 585-4619
Facsimile (502) 583-5960
E-mail:  lawmanlouisville@aol.com

**COUNSEL FOR DEFENDANT
TYRONE N. TACKETT**


## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2006, a copy

of the foregoing was served electronically upon each of:

David R. Weiser, Esquire
Assistant United States Attorney
Western District of Kentucky
510 West Broadway Suite 1000
Louisville, Kentucky 40202-2226

R. Kent Westberry, Esquire
Caroline Pitt Clark, Esquire
Landrum & Shouse, LLP
220 West Main Street Suite 1900
Louisville, Kentucky 40202-1395

Patrick J. Renn, Esquire
600 West Main Street Suite 100
Louisville, Kentucky 40202-2949

Scott C. Cox, Esquire
Cox & Mazzoli, PLLC
600 West Main Street Suite 300
Louisville, Kentucky 40202-4912

W. Currie Milliken, Esquire
Milliken Law Firm
P.O. Box 1640
Bowling Green, Kentucky 42101-1640

I further hereby certify that on this 23rd day of October, 2006, I served a true copy hereof upon each of the following persons, by depositing a sealed envelope containing such copy in the United States Mail at Louisville, Kentucky, sufficient first-class postage thereon prepaid, addressed to such person at such person's address shown below, and by transmitting such copy in portable document format by electronic mail to such person at such person's electronic mail address shown below, namely:

Douglas C. Greene, Esquire
2000 East Lamar Boulevard Suite 600
Arlington, Texas 76006

/s Samuel Manly
Samuel Manly

N:\WPDOCS\Criminal\Tackett, Tyrone N adv United States 1_06-CR-48-R-06\Entry of Appearance by SM 23 Oct 2006.wpd

3